BEFORE THE THIRD DIVISION, JANUARY 10, 1945

**No. 49932.—**Protest 894287–G of Sun Wing Wo Co. (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of Abstract 48704 a portion of the milled rice, 2%10 percent thereof by weight, was held dutiable as broken rice as claimed. The liqueurs were held dutiable at $2.50 per proof gallon under paragraph 802, Tariff Act of 1930, as amended by T. D. 48316.